FILED

2009 JUN -8 PM 3:58

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES

BY _____

Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Vincent S. Loh, Bar No. 238410
VSLoh@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800

Attorneys for Defendants
BEST BUY STORES, L.P. (erroneously sued and
served as BEST BUY CO., INC.) and VIRGIN
MOBILE USA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN S. an individual,<br><br>Plaintiff,<br><br>v.<br><br>BEST BUY CO., INC. a Minnesota corporation, dba in California as MN BEST BUY CO., INC.; VIRGIN MOBILE USA, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV09-4084 AHM (MANx)<br><br>**CERTIFICATION OF INTERESTED PARTIES**<br><br>Action filed: May 7, 2009 |

///

///

///

///

60295531.1

CERTIFICATION OF
INTERESTED PARTIES

1       The undersigned, counsel of record for Defendant, Best Buy Stores, L.P. (erroneously sued and served as Best Buy Co., Inc.), and Defendant, Virgin Mobile USA, Inc. ("Virgin"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or refusal.

      Best Buy Stores, L.P. is owned by BBC Property Co. and BBC Investment Co., who are, in turn, owned by Best Buy Co., Inc. Best Buy Co., Inc., through its ownership of the above-named partnerships, owns more than 10% of Best Buy Stores, L.P. Best Buy Co., Inc. does not have a parent corporation and no publicly held company owns 10% or more of its stock.

      Virgin Mobile USA, Inc. does not have a parent corporation. SK Telecom Co., Ltd., a publicly held company, owns 17.3% of Virgin's Class A Common Stock and 50% of Virgin's Series A Preferred Stock for a combined 16.7% equity in Virgin's business. Virgin Group Holdings Limited, a British Virgin Islands company, owns 35.4% of Virgin's Class A and Class C Common Stock and 50% of Virgin's Series A Preferred Stock for a combined 30.7% equity in Virgin's business. Earthlink, Inc., a publicly held company, owns one share of Virgin's Class B Common Stock. Sprint Nextel Corporation, a publicly traded company, owns one share of Virgin's Class B Common Stock.

DATED: June 8, 2009       **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: _____
    Roman M. Silbrefeld
    David Martinez
    Vincent S. Loh

Attorneys for Defendants, BEST BUY STORES, L.P. (erroneously sued and served as BEST BUY CO., INC.) and VIRGIN MOBILE USA, INC.

Case 2:09-cv-04084-AHM-MAN   Document 2   Filed 06/08/09   Page 3 of 3   Page ID #:42


# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 3700, Los Angeles, California 90067-3211.

On June 8, 2009, I served the foregoing document described as **CERTIFICATION OF INTERESTED PARTIES** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> George Moschopoulous, Esq.
> Law Offices of George Moschopoulos
> 600 Anton Blvd., 11th Floor
> Costa Mesa, CA 92626

> Andrew C. Callari, Esq.
> Callari & Summers
> 600 Anton Blvd., 11th Floor
> Costa Mesa, CA 92626

[X] **BY MAIL:** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FEDERAL EXPRESS - OVERNIGHT:** I caused such envelope to be deposited in a box or other facility regularly maintained by Federal Express in an envelope or package designated by Federal Express with delivery fees paid.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on June 8, 2009 at Los Angeles, California.

_____
Lilia Duarte

ROBINS, KAPLAN, MILLER & CIRESI L.L.P. ATTORNEYS AT LAW

60295791.1