ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Roman Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Vincent S. Loh, Bar No. 238410
VSLoh@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800

Attorneys for Defendants
BEST BUY STORES, L.P. (erroneously sued and served as Best Buy Co., Inc.) and VIRGIN MOBILE USA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN S. an individual,<br><br>Plaintiff,<br><br>v.<br><br>BEST BUY CO., INC., a Minnesota corporation, dba in California as MN BEST BUY CO., INC.; VIRGIN MOBILE USA, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV 09-04084 AHM (MANx)<br><br>[Assigned to the Honorable A. Howard Matz]<br><br>[PROPOSED] ORDER GRANTING VIRGIN MOBILE USA, INC.'s APPLICATION FOR AN ORDER TO FILE DOCUMENTS UNDER SEAL<br><br>Date: August 24, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom 14<br><br>[Virgin Mobile's Application for an Order to File Documents Under Seal filed concurrently herewith] |

///

60301520.1

[PROPOSED] ORDER TO FILE
DOCUMENTS UNDER SEAL

1  Upon consideration of Defendant Virgin Mobile USA, Inc.'s Application for
2  an Order to File Documents Under Seal, review of the document lodged with that
3  Application, and good cause appearing, the Court hereby finds and orders as
4  follows pursuant to Local Rule 79-5.1:

5  Virgin Mobile's Motion to Dismiss, pages 4:14-5:8, is hereby ORDERED to
6  be filed under seal.

7
8  IT IS SO ORDERED.
9
10  DATED: ~~August~~ JULY 16, 2009

_____
THE HONORABLE A. HOWARD MATZ
United States District Court Judge

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES