**JS-6**

George Moschopoulos, Bar No. 249905
THE LAW OFFICE OF GEORGE MOSCHOPOULOS
600 Anton Boulevard, 11th Floor
Costa Mesa, California 92626
Telephone:(714) 904-1669
Facsimile: (714) 782-7152
E-mail:  g.moschopoulos.esq@gmail.com

Andrew C. Callari, Bar No. 159003
CALLARI & SUMMERS
600 Anton Boulevard, 11th Floor
Costa Mesa, California 92626
Telephone:(714) 371-4110
Facsimile: (714) 371-4199
E-mail:  ac@callarisummers.com

Attorneys for Plaintiff KAREN S.

David Martinez, Bar No. 193183
ROBINS, KAPLAN, MILLER & CERESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:   310-552-0130
Facsimile:     310-229-5800
E-mail:  DMartinez@rkmc.com

Attorneys for Defendants BEST BUY STORES, L.P. (erroneously sued and served as BEST BUY CO., INC.). and VIRGIN MOBILE USA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN S. an individual,<br><br>Plaintiff,<br><br>v.<br><br>BEST BUY CO., INC. a Minnesota corporation, dba in California as MN BEST BUY CO., INC.; VIRGIN MOBILE USA, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  CV 09-04084 AHM (MANx)<br><br>**ORDER OF DISMISSAL OF COMPLAINT, WITH PREJUDICE**<br><br>Complaint served:   May 11, 2009<br>Case removed:        June 8, 2009 |

1

## ORDER

Upon consideration of the JOINT STIPULATION TO DISMISSAL OF COMPLAINT, WITH PREJUDICE jointly filed by counsel for Plaintiff Karen S. ("Plaintiff") and Defendants Best Buy Stores, L.P. (erroneously sued and served as Best Buy Co., Inc.) ("Best Buy") and Virgin Mobile USA, Inc. ("Virgin Mobile") (collectively "Defendants"), and good cause appearing therefor, the Court herby finds and orders as follows:

Upon the Stipulation of the Plaintiff and Defendants, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), IT IS HEREBY ORDERED that the Complaint in this action is dismissed, with prejudice.

DATED: October 22, 2009

**JS-6**

THE HONORABLE A. HOWARD MATZ
United States District Court Judge